IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT M. BOURNE          :          CIVIL ACTION
                          :
        v.                :
                          :
MICHAEL WENEROWICZ, Superintendent,  :
SCI-Graterford, et. al.   :          NO. 13-1408


**ORDER**

AND NOW, this 14th day of October 2014, upon careful and independent

consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C.

§ 2254, Respondents' answer, and appointed counsel's motion to withdraw

representation, and after review of the Report and Recommendation of United States

Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED.

2.    The petition for a writ for habeas corpus filed pursuant to 28 U.S.C.

      § 2254 is DISMISSED AS MOOT.

3.    The motion to withdraw representation is GRANTED.

3.    There is no basis for the issuance of a certificate of appealability.


BY THE COURT:

J. CURTIS JOYNER, J.